IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE SALUDA GRADE ALTERNATIVE TITLE TRUST 2021-MF1, § § § § § | |
| *Plaintiff*, § | CIVIL ACTION NO. 1:23-CV-339-MJT |
| v. § § | |
| SABINE PORTFOLIO, LLC and ABRAHAM WIEDER, § § | |
| *Defendants*. | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DKT. 31]**

Plaintiff Wilmington Savings Fund Society, FSB, as Trustee for the Saluda Grade Alternative Title Trust 2021-MF1, brought this suit against Defendants Sabine Portfolio, LLC and Abraham Wieder seeking the unpaid balance of a promissory note, plus interest, damages, attorney's fees, and courts costs. [Dkt. 1]. The District Court referred Plaintiff's Amended Third Motion for Default Judgment [Dkts. 22, 23, 30] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition. On August 21, 2024, the Magistrate Judge entered a Report and Recommendation [Dkt. 31] in which she recommended granting Plaintiff's Amended Third Motion for Default Judgment [Dkt. 30], denying Plaintiff's Third Motion for Default Judgment [Dkt. 22] as moot, and entering Final Judgment. To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 31] is ADOPTED. Plaintiff's Amended Third Motion for Default Judgment [Dkt. 30] is GRANTED. Plaintiff's Third Motion for Default Judgment [Dkt. 22] is DENIED as moot. A Final Judgment will be entered by the Court.

**SIGNED this 11th day of September, 2024.**

Michael J. Truncale
United States District Judge