IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE SALUDA GRADE ALTERNATIVE TITLE TRUST 2021-MF1, <br><br> *Plaintiff*, <br><br> v. <br><br> SABINE PORTFOLIO, LLC and ABRAHAM WIEDER, <br><br> *Defendants*. | CIVIL ACTION NO. 1:23-CV-339-MJT |

## **FINAL JUDGMENT**

Pursuant to the Order Adopting the United States Magistrate Judge's Report and Recommendation on this same date, it is ORDERED that a default judgment is entered in favor of Plaintiff Wilmington Savings Fund Society, FSB, as Trustee for the Saluda Grade Alternative Title Trust 2021-MF1, against Defendants Sabine Portfolio, LLC and Abraham Wieder.

The Court further ORDERS that Plaintiff Wilmington Savings Fund Society, FSB, as Trustee for the Saluda Grade Alternative Title Trust 2021-MF1, shall recover from Defendants Sabine Portfolio, LLC and Abraham Wieder, jointly and severally, the full outstanding balance due under the Loan of $12,097,461.18 and additional damages of $1,045,542.17. Post-judgment interest is also assessed against the $13,143,003.35 in total damages at the current federal rate as provided by 28 U.S.C. § 1961(a), beginning on the date of this judgment and accruing until paid in full. Finally, the Court ORDERS that Plaintiff also recover $35,265.20 in attorney's fees and $402.00 in court costs.

2

      This order is a full and final judgment as to all claims and parties in the instant action. All relief not specifically granted herein is DENIED. The Clerk is directed to close this case.

      IT IS SO ORDERED.

      **SIGNED this 11th day of September, 2024.**

_____
Michael J. Truncale
United States District Judge